11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Cedrik Jerome
Piert

Appellant

Vs.       Nos.  11-02-00129-CR, 11-02-00130-CR, &
11-02-00131-CR B
Appeals from Dallas County

State of Texas

Appellee

 

In
each appeal, appellant has filed in this court a motion to dismiss his
appeal.  Appellant states in his motions
that he is fully aware of his statutory and constitutional rights and that he
is knowingly, voluntarily, and intelligently waiving his right to appeal in
each case.  The motions are signed by
both appellant and his attorney. 
TEX.R.APP.P. 42.2.

The
motions are granted, and the appeals are dismissed.

 

PER CURIAM

 

July 25, 2002

Do not
publish.  See TEX.R.APP.P. 47.3(b).

Panel consists of: Arnot, C.J.,
and

Wright, J., and McCall, J.